NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CALICO BRAND, INC.**
AND **HONSON MARKETING GROUP, INC.,**
*Plaintiffs-Appellants,*

v.

**AMERITEK IMPORTS, INC.,**
*Defendant-Cross Appellant,*

and

**ACME INTERNATIONAL ENTERPRISES, INC.,**
*Defendant-Cross Appellant.*

---

2008-1324, -1325, -1341

---

Appeals from the United States District Court for the Central District of California in case no. 05-CV-205, Magistrate Judge Patrick J. Walsh.

---

## ON MOTION

---

## ORDER

Calico Brand, Inc. and Honson Marketing Group, Inc. (Calico) move to lift the stay of proceedings and set a briefing schedule with respect to its claims against Acme

International Enterprises, Inc. Acme responds and "takes no position" on the motion.

These appeals were stayed pursuant to 11 U.S.C. § 362 upon the filing of Ameritek Imports, Inc.'s bankruptcy petition. Calico asserts that the appeals with respect to Acme should proceed. The court notes that it has not received a recent status report from Ameritek regarding the status of the bankruptcy proceedings following the status report received on September 28, 2010. A status report was due in December of 2010. It appears from a review of the bankruptcy court docket that proceedings before that court may be completed.

Accordingly,

IT IS ORDERED THAT:

(1) Ameritek is directed to file a status report in 2008-1324, -1325 within 14 days concerning the status of the bankruptcy proceeding. If this court does not receive a status report, Ameritek's cross-appeal, 2008-1325, will be dismissed, the stay of the briefing schedule will be lifted, Calico's opening brief will be due within 60 days of the date of filing of this order, and 2008-1324, -1341 will proceed.

(2) The motion is denied without prejudice to renewal.

FOR THE COURT

FEB 0 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: R. Joseph Trojan, Esq.
    Carl H. Pierce., Esq.
    Edward F. O'Connor, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 4 2011

JAN HORBALY
CLERK